IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JAMES JOSEPH BRODERICK**                                          **PETITIONER**

**VS.**                                **CIVIL ACTION 4:05cv19 TSL-LRA**
                                        **CONSOLIDATED WITH 4:06cv51 TSL-LRA**

**LAWRENCE KELLY and JIM**                              **RESPONDENTS**

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States Magistrate Judge Linda Randle Anderson entered in this cause on July 23, 2007, and the court, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this cause should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 27th day of September, 2007.

                                                           /s/Tom S. Lee
                                                           **UNITED STATES DISTRICT JUDGE**